### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

| | |
|---|---|
| **KELLY FILLION-FRYE** and **ROBERT DOMAN**, individually and on behalf of all others similarly situated, | Case No.: 2:17-cv-118-UA-CM |
| *Plaintiffs*, | **PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| *v.* | **Honorable Carol Mirando** |
| **THE H.O.P.E. PROGRAM, LLC**, a Florida limited liability company, | |
| *Defendant*. | |

## PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Kelly Fillion-Frye and Robert Doman (collectively, "Plaintiffs"), individually, by and through undersigned counsel, hereby advise the Court that an agreement has been reached, and therefore Plaintiffs dismiss all claims asserted individually in this civil action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).   The putative class claims are also dismissed without prejudice. The parties are to bear their own respective attorneys' fees and costs.

Notably, Plaintiffs anticipate re-filing a voluntary dismissal and/or amending the present voluntary dismissal in the future to reflect a voluntary dismissal *with* prejudice upon completion of the terms of the settlement agreement.

## COMPLIANCE CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned has conferred with counsel for Defendant.[1]  Defendant does not oppose this motion.

---

[1] Defendant retained counsel for settlement purposes only.

Respectfully Submitted,

**Kelly Fillion-Frye** and **Robert Doman,**
individually and as the representative of a
class of similarly-situated persons.

Dated: June 1, 2017

By: __/s/Blake J. Dugger_____
One of Plaintiffs' Attorneys

Blake J. Dugger*
blake@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
1011 W. Colter St., #236
Phoenix, Arizona 85013
Telephone: (602) 441-3704

Attorneys for Plaintiffs and the putative
Classes

*Admission pro hac vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system, which will send a Notice of Electronic Filing to all counsel of record.

By: _s/Blake J. Dugger
       One of Plaintiffs' Attorneys